IN RE V.M.; MCLEMORE, APPELLANT; FRANKLIN COUNTY
CHILDREN SERVICES ET AL., APPELLEES.

[Cite as *In re V.M.*, 113 Ohio St.3d 161, 2007-Ohio-1254.]

(No. 2006–1905—Submitted February 28, 2007—Decided April 4, 2007.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re C.F.*, 113 Ohio St.3d 73, 2007-Ohio-1104, 862 N.E.2d 816.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his dissent in *In re C.F.*, 113 Ohio St.3d 73, 2007-Ohio-1104, 862 N.E.2d 816.

Yeura R. Venters, Franklin County Public Defender, and David L. Strait, Assistant Public Defender, for appellant.